IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAKEVIEW LOAN SERVICING, LLC                                                    PLAINTIFF

v.                                        Case No. 1:25-cv-01087

JAMIE PHILLIPS; CAPITAL ONE BANK;
STATE OF ARKANSAS; and UNITED STATES
OF AMERICA, on behalf of, The Secretary of Housing
and Urban Development                                                          DEFENDANTS

**ORDER**

Before the Court is a Joint Motion for Entry of Consent Order as to the United States Secretary of Housing and Urban Development ("HUD"). (ECF No. 26). Plaintiff Lakeview Loan Servicing, LLC and Defendant the United States of America, on behalf of the Secretary of HUD, move the Court to enter a Consent Order as to the Secretary of HUD. Upon consideration, the Court finds that the parties' motion (ECF No. 26) should be and hereby is **GRANTED**.

**The Consent Order is as follows:**

This matter is before the Court upon consent of Plaintiff, Lakeview Loan Servicing, LLC, and Defendant, the United States on behalf of the Secretary of HUD.

Plaintiff filed this action seeking judicial foreclosure of real property located at 1380 Parkers Chapel Rd, El Dorado, Arkansas 71730 (the "Subject Property"). The Plaintiff's Complaint, filed on November 13, 2025, is for Judicial Foreclosure of a Mortgage. (ECF No. 2).

Plaintiff joined HUD based on a Subordinate Partial Claim Mortgage filed and recorded on August 10, 2023, as File Number 2023R005102; and a Subordinate Payment Supplement Mortgage recorded on April 10, 2025, as File Number 2025R001897, among the records of Union County, Arkansas ("HUD Mortgages"). (ECF No. 2, at ¶¶ 17-18) (Complaint); (ECF No. 20, at 4) (Answer Exhibit A).

HUD was previously served with the pleadings and filed its answer on February 25, 2026. (ECF No. 20).

HUD does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale.  Plaintiff and HUD agree that this Consent Order does not affect HUD's ability to pursue collection on the Subordinate Partial Claim Mortgage as provided by law and shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

Therefore, the Court hereby **ORDERS** that the relief sought by Plaintiff in its Complaint as against HUD is hereby granted to the extent set forth above.  Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against HUD.

The Court further **ORDERS** that Plaintiff shall provide HUD, through counsel for the United States, with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide notice to both the U.S. Department of Housing and Urban Development, Little Rock Field Office, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Suite #A400, Little Rock, AR, 72201, and to the undersigned counsel for the United States.

The Court further **ORDERS** that the United States on behalf of the Secretary of Housing and Urban Development is hereby relieved from making any further court appearances in this case.

**IT IS SO ORDERED**, this 16th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

2